**ARNDT & BENTON, P.A.**

ATTORNEYS AT LAW

510 GRAIN EXCHANGE
400 SOUTH FOURTH STREET

MINNEAPOLIS, MINNESOTA 55415

(612) 332-5473

FACSIMILE: (651) 439-5900

January 29, 2009

Reply to:
836 West Willard Street
Stillwater, Mn 55082

The Honorable Dennis D. O'Brien
United States Bankruptcy Court
District of Minnesota
Warren E. Burger Fed Bldg
Suite 200
316 N. Robert Street
St. Paul, MN 55101

Via Facsimile

RE: Brickwell Community Bank v. Blue Vessel, LLC,
Ichor Corporation, Sarah K. Westall and
Gabriel Rojas-Cardona
Court Case Nos: 08-35861; 08-35862
Our File No: E25-4508

Dear Judge O'Brien:

I received Counsel Jendrzejek's Notice of Motion and other materials sometime after 5 p.m. on January 28, 2009.

I have a multi-party mediation at Hanson, Dordell & Bradt at the time Brickwell's motion is scheduled. I cannot reschedule. I am a single lawyer office and do not have someone to cover this motion on this short notice.

On behalf of Westall and Rojas-Cardona I object to the Court's hearing of this motion on this short notice. It is contrary to the Rules and notions of fair play and substantial justice. I request that the motion be rescheduled.

Very truly yours,

ARNDT & BENTON, P.A.

Duane E. Arndt

Cc: Counsel of parties

# ARNDT & BENTON, P.A.
## ATTORNEYS AT LAW

510 GRAIN EXCHANGE
400 SOUTH FOURTH STREET
MINNEAPOLIS, MINNESOTA 55415
(612) 332-5473
FACSIMILE: (651) 439-5900

FACSIMILE COVER LETTER

Reply to:
836 West Willard Street
Stillwater, Mn 55082

Original _____ will __X__ will not follow by U.S. Mail

DATE:   January 29, 2009

TO:     The Honorable Dennis D. O'Brien
        United States Bankruptcy Court
        Warren F. Burger Fed. Bldg
        St. Paul, MN 55101

        FAX NO: 651-848-1076

FR:     Arndt & Benton, P.A.
        Duane E. Arndt

RE:     Brickwell Community Bank v. Blue Vessel, LLC,
        Ichor Corporation, Sarah K. Westall and
        Gabriel Rojas-Cardona
        Our File No: E25-4508

COVER PAGE PLUS __1__ PAGE(S)

FACSIMILE NUMBER : 651-439-5900

IF YOU DO NOT RECEIVE ALL OF THE PAGES,
PLEASE CONTACT US IMMEDIATELY AT:
612-332-5473

THE INFORMATION CONTAINED IN THIS FACSIMILE
TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL INFORMATION
INTENDED FOR THE USE OF THE ADDRESSEE LISTED ABOVE AND NO
ONE ELSE. IF YOU ARE NOT THE INTENDED RECIPIENT OR THE
EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER THIS MESSAGE TO
THE INTENDED RECIPIENT. PLEASE DO NOT USE THIS TRANSMISSION
IN ANY WAY, BUT CONTACT THE SENDER BY TELEPHONE.