UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Bky. Case No. 08-35862-DDO |
| Blue Vessel, Inc., | Chapter 11 |
| Debtor. | |
| In re: | Bky. Case No. 08-35861-DDO |
| Ichor Corporation, | Chapter 11 |
| Debtor. | |
| Brickwell Community Bank, | Bky. Case No. 08-35861 |
| Plaintiff, | Adv. No. 09-3015 |
| vs. | |
| Blue Vessel, LLC, Ichor Corporation, Sara K. Westall and Gabriel Rojas-Cardona | |
| Defendants. | |

**ORDER FOR REMAND**

This matter came before the Court for hearing on the Motion of Brickwell Community Bank (the "Bank") seeking expedited relief and an order for abstention and remand pursuant to 28 U.S.C. §§ 1334(c)(2) and 1452(b). Appearances were as noted in the record.

Based upon the proceedings, the Motion and the file herein, the Court now makes the following FINDINGS OF FACT AND CONCLUSIONS OF LAW:

A. Grounds exist under 28 U.S.C. § 1334(c)(2) for abstention.

1312996v1

  B.  Equitable grounds exist to remand this matter pursuant to 28 U.S.C. § 1452(b).

Accordingly, IT IS HEREBY ORDERED that:

1.  The Motion is granted.

2.  This proceeding is immediately remanded to Washington County District Court for all further actions and adjudication appropriate therein.

3.  Notwithstanding Federal Rule of Bankruptcy Procedure 4001(a)(3), this Order is effective immediately.

                BY THE COURT:

Dated: January 29, 2009    /e/ Dennis D. O'Brien
                Dennis D. O'Brien
                United States Bankruptcy Court Judge

NOTICE OF ELECTRONIC ENTRY AND FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *01/29/2009*
Lori Vosejpka, Clerk, By DLR, Deputy Clerk